NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DSM DESOTECH INC., DSM IP ASSETS B.V.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**OFS FITEL, LLC, MOMENTIVE UV COATINGS (SHANGHAI) CO., LTD.,**
*Intervenors*

---

2018-2150

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1031.

---

## JUDGMENT

---

JAMES R. BARNEY, Finnegan, Washington, DC, argued for appellants. Also represented by RAJEEV GUPTA, KARTHIK KUMAR.

RONALD TRAUD, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L.

BIANCHI, WAYNE W. HERRINGTON, MICHELLE W. KLANCNIK.

BRADLEY JOHN OLSON, Barnes & Thornburg LLP, Washington, DC, argued for intervenor OFS Fitel, LLC. Also represented by CHRISTINE JULIET SOHAR HENTER, JORDAN WEINSTEIN.

EDMOND R. BANNON, Fish & Richardson, P.C., New York, NY, argued for intervenor Momentive UV Coatings (Shanghai) Co., Ltd. Also represented by AHMED JAMAL DAVIS, Washington, DC; RYAN PATRICK O'CONNOR, San Diego, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 9, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |